June 16, 1969.

No. ——.  Friedman *v.* United States.  C. A. 2d Cir.
Application for bail presented to The Chief Justice,
and by him referred to the Court, denied.  *William M.
Kunstler* for applicant.  *Solicitor General Griswold* in
opposition.

No. 35, Orig.  United States *v.* Maine et al.  Motion for leave to file bill of complaint granted and defendant States allowed 60 days to answer.  *Attorney General
Mitchell* and *Solicitor General Griswold* for the United
States.  *James S. Erwin,* Attorney General, and *Robert
G. Fuller, Jr.,* Assistant Attorney General, filed a brief
in opposition for the State of Maine, joined by the
Attorneys General for their respective States as follows:
*George S. Pappagianis* of New Hampshire, *Robert H.
Quinn* of Massachusetts, *Herbert F. DeSimone* of Rhode
Island, *Louis J. Lefkowitz* of New York, *Arthur J. Sills*
of New Jersey, *David P. Buckson* of Delaware, *Francis
B. Burch* of Maryland, *Robert Y. Button* of Virginia,
*Robert B. Morgan* of North Carolina, *Daniel R. McLeod*
of South Carolina, *Arthur K. Bolton* of Georgia, and
*Earl Faircloth* of Florida.

No. 163.  Younger, District Attorney of Los Angeles County *v.* Harris et al.  Appeal from D. C. C. D.
Cal.  [Probable jurisdiction noted, 393 U. S. 1013.]
Case restored to calendar for reargument and set for oral
argument immediately following Nos. 580 and 813, *infra.*

No. 244.  Boyle, Judge, et al. *v.* Landry et al.
Appeal from D. C. N. D. Ill.  [Probable jurisdiction
noted, 393 U. S. 974.]  Case restored to calendar for
reargument.